IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| ENO-OBONG OKON, *et al.*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:25-cv-00042-O-BP |
| BRICE BYRD, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motions to Dismiss (ECF Nos. 15, 17) are **GRANTED**, and the Plaintiffs' claims against the Texas Department of Criminal Justice and their claims against Brice Byrd and Michael Sheets in their official capacity are **DISMISSED WITHOUT PREJUDICE**. Plaintiffs are granted leave to file a Second Amended Complaint on or before fourteen days from the date of this Order. If they fail to do so, the Court will dismiss their claims against Brice Byrd and Michael Sheets in their individual capacity.

**SO ORDERED** on this **14th day** of **November, 2025**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**